IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTY EUGENE MCDONALD,<br><br>Defendant. | CR 21–20–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. (Doc. 154.) This Court entered a preliminary order of forfeiture on January 5, 2022. (Doc. 123.) All known interested parties were provided an opportunity to respond and publication has been accomplished as required by 21 U.S.C. § 853(n)(1). (Doc. 140.) As such, there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2).

Accordingly, IT IS ORDERED the motion (Doc. 154) is GRANTED.

IT IS FURTHER ORDERED judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), free from the claims of any other party, the following property:

- SKS style rifle with pistol grip with two serial numbers SN:03773 & 15095 with magazines; and

- Remington 12 Gauge Shotgun SN: D389911A.

1

IT IS FURTHER ORDERED the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 9th day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court