IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–20–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MARTY EUGENE MCDONALD, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Amended Final Order of Forfeiture. (Doc. 161.) On March 9, 2022, this Court entered a final order of forfeiture entering judgment of forfeiture in favor of the United States as to the following property:

- SKS style rifle with pistol grip with two serial numbers SN:03773 & 15095 with magazines; and

- Remington 12 Gauge Shotgun SN: D389911A.

(Doc. 156 at 1.) Following the entry of this Order, Drew Stensland submitted an ancillary petition, asserting an ownership interest in the Remington shotgun and seeking its return. (Doc. 159.) The United States agrees this petition should be granted and the shotgun returned. (Doc. 162 at 3.) The Defendant does not oppose this motion. (Doc. 161 at 2.) As such, the Court will amend its prior final order of forfeiture to reflect the altered disposition of this property.

1

Accordingly, IT IS ORDERED Mr. Stensland's petition (Doc. 159) and the United States' motion (Doc. 161) is GRANTED.

IT IS FURTHER ORDERED the Court's final order of forfeiture (Doc. 156) is AMENDED to direct the United States to return the Remington 12 Gauge Shotgun SN: D389911A to Mr. Stensland.

IT IS FURTHER ORDERED that the Court's previous final order of forfeiture (Doc. 156) remains in full force and effect in all other respects.

DATED this 30th day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court